HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
MOISES CRUZ-CID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:14-cr-00009 LJO-SKO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE TO MARCH 31, 2014; |
| vs. ) | ORDER |
| ) | |
| MOISES CRUZ-CID, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Ann H. McGlenon, Counsel for Defendant Moises Cruz-Cid, that the status jury trial hearing set for March 17, 2014 at 8:30 a.m. before Hon. Judge O'Neill, **may be continued to March 31, 2014 at 8:30 a.m.**

The reason for this continuance is to allow for further investigation and negotiations regarding this unusual illegal reentry case. The requested continuance will conserve time and resources for both parties and the court.

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: March 12, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Mia Giacomazzi*
Mia Giacomazzi
Assistant United States Attorney
Attorney for Plaintiff

Dated: March 12, 2014

HEATHER E. WILLIAMS
Federal Defender

*/s/ Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
MOISES CRUZ-CID

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **March 13, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Hearing        -2-
To 3/31/2014